THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTEMUS W. BOS-SARD, Relater, v. ARTHUR WOODS, as Police Commissioner, etc., Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

GEORGE BAGDON, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.— Order modified by striking therefrom the eighth and ninth particulars, and as so modified affirmed, without costs. No opinion.— Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

ANNA F. DAMS, as Administratrix, etc., of AUGUST DAMS, Deceased, Appellant, v. COMMERCE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

JOHN DOOLEY, Respondent, v. EDWARD A. SEAMAN, as Executor, etc., of PATRICK MAHONEY, Deceased, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event. The jury was instructed, perhaps unnecessarily, that they must find an express contract. There was no evidence to prove such a contract. The verdict cannot stand. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Rich, J., not voting.

ARTHUR G. ERLANGER, Respondent, v. HARRIET E. ERLANGER, Appellant. (Appeal No. 1.) — Order refusing to strike case from calendar affirmed. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

ARTHUR G. ERLANGER, Respondent, v. HARRIET E. ERLANGER, Appellant. (Appeal No. 2.) — Order of August 18, 1916, affirmed. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

GUSTAVE RADER COMPANY, Plaintiff, v. A. D. CONSTRUCTION COMPANY, INC., and Another, Appellants, Impleaded with MAX KOBRE and MOSES GINSBERG, Respondents, and Others, Defendants.— Judgment of the County Court of Kings county affirmed, with costs against appellant A. D. Construction Company, Inc. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

HOWARD D. HAMMOND, Respondent, v. ARTHUR DOUGLAS CONSTANT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Carr, J., voted to reverse.

In the Matter of the Judicial Settlement of the Account of CHARLES P. CHAPMAN, Executor, etc., of JANE PETERS, Deceased, Appellant. JAMES H. CHAPMAN and Another, Respondents.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

ERIK H. LORENTZEN, Appellant, v. HERMAN STEGEMANN, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich and Putnam, JJ., concurred; Carr, J., dissented on the ground that the verdict is clearly inadequate.

SAMUEL S. LOWMAN, Respondent, v. EVA M. HUNTLEY, Appellant, Impleaded with Others.— Judgment of the County Court of Kings county